IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** :

**v.** : **CRIMINAL NO. 13-472**

**IREESA DAVIS** :

**ORDER**

AND NOW, this 21st day of Nov., 2017, upon consideration of the Government's Motion to Dismiss Indictment in the above-captioned case, it is hereby

ORDERED

that the Motion is GRANTED and the Indictment is DISMISSED.

BY THE COURT:

HONORABLE CYNTHIA M. RUFE
*Judge, United States District Court*